1  Laura E. Krank
   Attorney at Law: 220208
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rk_sslaw@speakeasy.net
5
   Attorneys for Plaintiff
6  Elizabeth Hopkins

7

8  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
9

10 ELIZABETH HOPKINS,                ) Case No.: 2:10-CV-00993 MAN
                                     )
11         Plaintiff,                ) ~~[PROPOSED]~~ ORDER AWARDING
                                     ) EQUAL ACCESS TO JUSTICE ACT
12      vs.                          ) ATTORNEY FEES AND EXPENSES
                                     ) PURSUANT TO 28 U.S.C. § 2412(d)
13 MICHAEL J. ASTRUE,                )
   Commissioner of Social Security,  )
14                                   )
           Defendant                 )
15                                   )
                                     )
16

17     Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19     IT IS ORDERED that fees and expenses in the amount of $3,900.00 as

20 authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

21

22 DATE:  June 2, 2011        *Margaret A. Nagle*

23                            _____
                              MARGARET A. NAGLE
24                            UNITED STATES MAGISTRATE JUDGE

25

26

-1-